## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. Click here and enter No. |
| | ) 21-MJ-07288-JCB |
| JIAN ZHONG FANG, | ) |
| Defendant | ) |

### AFFIDAVIT OF OUTSTANDING ARREST WARRANT
### PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Deputy United States Marshal Gerard Fernandez, do hereby make oath before the Honorable Jennifer C. Boal, Chief United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one JIAN ZHONG FANG on an Indictment issued by the United States District Court for the Eastern District of Missouri on November 4, 2021. I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

GERARD FERNANDEZ
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me this 9th day of November 2021.

JENNIFER C. BOAL
Chief United States Magistrate Judge