AO 442 (Rev. 01/09) Arrest Warrant

**SUPPRESSED**

## UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>JIAN ZHONG FANG<br><br>*Defendant* | )<br>)<br>) **4:21CR00595 HEA/SPM**<br>)<br>)<br>) |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  JIAN ZHONG FANG

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count Two: Conspiracy to launder money in violation of Title 21, United States Code, Section 1956

$50,000 SECURED BOND RECOMMENDED

Date:  NOV - 4 2021

*Issuing officer's signature*

City and state: St. Louis, Missouri

GREGORY J. LINHARES, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AUSA JAMES C. DELWORTH